IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALED AL HAJ,** | : | CIVIL ACTION NO. 1:24-CV-1193 |
| | : | |
| Petitioner | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| **LSCI-ALLENWOOD WARDEN,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 15th day of April, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is GRANTED.

2. Within 30 days of the date of this order, the United States Bureau of Prisons ("BOP") shall conduct an individualized determination of whether petitioner is entitled to have time credits that he has earned pursuant to the First Step Act applied towards time in prerelease custody. In making this individualized determination, the BOP shall be required to consider the factors listed in 18 U.S.C. § 3621(b).

3. Respondent and his counsel shall ensure that the appropriate government officials are informed of this order and that the individualized determination is conducted as ordered.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania